No. 493. Origoni v. Bulletin Co., Inc. C. A. D. C. Cir. Certiorari denied. *Michael F. X. Dolan* for petitioner. *William J. Curtin* and *John R. McConnell* for respondent.

No. 494. Carnes v. Georgia. Ct. App. Ga. Certiorari denied. *Charles Robinson* for petitioner.

No. 495. Wright v. Immigration and Naturalization Service. C. A. 6th Cir. Certiorari denied. *Thomas C. Binkley* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 500. Brotherhood of Railroad Trainmen v. Missouri Pacific Railroad Co. et al.; and
No. 501. Brotherhood of Railroad Trainmen v. Chicago, Milwaukee, St. Paul & Pacific Railroad Co. et al. C. A. D. C. Cir. Certiorari denied. *John H. Haley, Jr., Milton Kramer* and *Clifton Hildebrand* for petitioner in No. 500. *David Leo Uelmen* and *Mr. Kramer* for petitioner in No. 501. *Francis M. Shea, Richard T. Conway, James R. Wolfe, Charles I. Hopkins, Jr.,* and *Robert W. Yost* for Missouri Pacific Railroad Co. et al., and *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley* and *John C. Eldridge* for Seward et al., respondents in No. 500. *Messrs. Shea, Conway, Wolfe, Hopkins* and *James P. Reedy* for respondent Chicago, Milwaukee, St. Paul & Pacific Railroad Co. in No. 501. Reported below: 127 U. S. App. D. C. 58, 380 F. 2d 605.

No. 521. Hooper v. Ohio. Sup. Ct. Ohio. Certiorari denied. *Allan Sherry* for petitioner.